**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

IN RE
TAWANDA J. COLE                                 :    Chapter 13 Case No. 16-00003
  Debtor                                        :

**ORDER RESETTING HEARING ON CONFIRMATION WITH STATED DIRECTIVES**

This cause came for hearing on March 18, 2016 on Confirmation. Based upon the Objections of the Trustee, and the representation of the debtor through counsel, and the court record herein, it is,

ORDERED, that the debtor be and is hereby directed, on or before March 26, 2016 to forward to the Trustee an initial plan payment and to provide the Trustee with complete and accurate post-petition income information and verification, and it is further,

ORDERED, that hearing on confirmation be and the same is hereby reset to **9:30 a.m**. on **April 22, 2016.**

cc:   Tawanda J. Cole
      4205 19th Place NE
      Washington, DC  20018

      Tommy Andrews, Jr.
      122 N Alfred Street
      Alexandria, VA  22314

      Cynthia A. Niklas
      Chapter 13 Trustee
      4545 42nd ST NW #211
      Washington, DC 20016-4623